# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ZACHARIAH HARDWICK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:14-cv-00387-JDL |
| ANDROSCOGGIN COUNTY JAIL, et al., | ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 13) with the court on May 29, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  The time within which to file objections expired on June 15, 2015, and the United States Postal Service returned the court's mailing to plaintiff Zachariah Hardwick as undeliverable on June 22.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The defendant's Motion for Summary Judgment (ECF No. 9) is **GRANTED**.

**SO ORDERED.**

Dated: July 2, 2015                                    /s/Jon D.Levy
                                                                  U.S. District Judge